**Order entered June 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01256-CV

**KELLEY & WITHERSPOON, LLP, ET AL, Appellants**

**V.**

**JEANETTE HOOPER, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. 09-03060-E**

## ORDER

We **GRANT** appellee's Agreed Motion to Accelerate Issuance of Mandate. We direct

the Clerk of the Court to issue the mandate forthwith.


/s/      KERRY P. FITZGERALD
JUSTICE